UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

BARBARA A LATHAM

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

Debtor(s)　**CASE NO. BKY 06-42975 RJK**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to The Emily Program in the amount of $1.38, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| The Emily Program<br>C/O Weisberg Law Office<br>PO Box 26759<br>Minneapolis, MN 55426-0759 | 11 | $1.38 |

ACCOUNT NUMBER:
200601588

**Jasmine Z. Keller, Trustee**

Dated: May 27, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee